GEORGE HOCHSCHWENDOR and Another, Respondents, v. THE CENTURY INDEMNITY COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Scudder and Davis, JJ.

In the Matter of Petition of BROOKLYN TRUST COMPANY, to Render and Settle Its Final Account, as Substituted Trustee of a Trust Created for the Benefit of ANNE CORLIES ADAMS, under the Residuary Clause of the Will of EDMUND W. CORLIES, Deceased. NEWTON ADAMS and Another, Appellants; BROOKLYN TRUST COMPANY, as Substituted Trustee, etc., under the Will of EDMUND W. CORLIES, Deceased, and Others, Respondents.— Decree of the Surrogate's Court of Kings county, so far as appealed from, unanimously affirmed, with costs, payable out of the estate, to all parties appearing and filing briefs. No opinion. Present — Young, Kapper, Scudder and Tompkins, JJ.; Carswell, J., not voting.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARGARET M. SCHEURER, Individually and as Administratrix, etc., of WILLIAM H. SCHEURER, Deceased, Respondent, for a Mandamus Order against JOSEPH D. McGOLDRICK, Substituted in Place and Stead of ARTHUR J. CUNNING-HAM, as Comptroller of the City of New York, and Another, Appellants.— Peremptory mandamus order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper and Tompkins, JJ.; Carswell, J., not voting.

KINGS COUNTY TRUST COMPANY, Respondent, v. MARTIN DERX and Others, Defendants, and CHARLES A. GOMER, as Sole Executor of the Last Will and Testament of AUGUSTA GOMER, Deceased, Appellant.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Young, Hagarty, Scudder, Tompkins and Davis, JJ.

SAMUEL KOFF, Appellant, v. BENJAMIN CONSTRUCTION Co., INC., Respondent, and EPP REALTY Co., INC., and Others, Defendants.* — Order denying, on reargument, the motion to confirm the referee's report and for leave to enter a deficiency judgment reversed on the law and the facts, with ten dollars costs and disbursements, and motion granted to the extent of allowing plaintiff a deficiency judgment of $43,251.22 less $1,776.35, making the amount of the judgment $41,474.87. Section 1083-a of the Civil Practice Act has no application to this case, and no other valid ground is claimed for refusing plaintiff a deficiency judgment. In view of this determination, the appeals from the order denying plaintiff's motion to amend the referee's report and from the order entered April 12, 1934, granting motion for reargument and on reargument denying motion to amend the referee's report and to direct the entry of a deficiency judgment, are dismissed. Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ., concur.

MARGARET LEONE and Another, Respondents, v. R. K. O. PROCTOR CORPORATION, a Domestic Corporation, Appellant.— Judgment and order of the City Court of Mount Vernon unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper and Tompkins, JJ.; Carswell, J., not voting.